UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JADE WINDS ASSOCIATION, INC.                    Chapter 11

    Debtor.                                                                  Case No.: 15-17570-RAM

_____/

**EX PARTE MOTION TO CONTINUE OCTOBER 8th, 2015 EVIDENTIARY HEARING ON RHONDA HOLLANDER, P.A.'S FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL REAL ESTATE COUNSEL FOR JADE WINDS ASSOCIATION, INC. [ECF NO. 95] AND THE SUPPLEMENTAL SUMMARY THERETO [ECF NO. 125]; AND, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OBJECTION TO SAME [ECF NO. 127]**

    Debtor-in-Possession, Jade Winds Association, Inc. (the "**Debtor**"), by and through its undersigned counsel, hereby files this *Ex Parte Motion to Continue Evidentiary Hearing ON Rhonda Hollander, P.A.'s Final Application for Compensation and Reimbursement of Expenses as Special Real Estate Counsel for Jade Winds Association, Inc. [ECF No. 95] and the Supplemental summary thereto [ECF No. 125]; and, the Official Committee of Unsecured Creditors' Limited Objection to Same [ECF No. 127]*, and in support thereof, respectfully states as follows:

    1.    On April 27, 2015, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "**Petition Date**").

    2.    The Debtor is a condominium association, a Florida not-for-profit corporation, managing the affairs of 916 condominium units located at 1700 NE 191 Street, North Miami Beach, Florida 33179. A substantial amount of the Debtor's income is generated through the collection of monthly assessments and special assessments paid by condominium members.

    3.    The Debtor is operating its business and managing its financial affairs as a debtor-in-possession. On June 11, 2015, the United States Trustee filed an *Appointment and Notice of*

*Appointment of Committee of Creditors Holding Unsecured Claims* [ECF No. 57], which appointed a committee of creditors holding unsecured claims (the "**Committee**").[1]

4. On July 30, 2015, Rhonda Hollander, P.A.'s (the "**Firm**") filed the *Final Application for Compensation and Reimbursement of Expenses as Special Real Estate Counsel for Jade Winds Association, Inc.* [ECF No. 95] and filed the *Supplemental* summary thereto [ECF No. 125] on September 21, 2015 (collectively, the "**Fee Application**"). Thereafter, the Committee filed a limited objection to same (the "**Objection**") [ECF No. 127].

5. Currently, the evidentiary hearing (the "**Hearing**") on the Application and the Objection are scheduled for October 8, 2015 at 3 p.m. *See* ECF No. 130.

6. In an effort to limit the estate's administrative expenses, the Debtor has not yet filed a written objection to the Fee Application and requests that the Hearing be continued for a period of thirty (30) days to give the Debtor the opportunity to potentially reach a resolution with the Firm. Similarly, the United States Trustee has not yet filed an objection to the Fee Application in the hopes that the matter can be amicably resolved.

7. Based on the foregoing, the Debtor respectfully requests that the Court continue the Hearing for a period of thirty (30) days to give the parties the opportunity to reach a resolution.

8. The instant motion is being filed in good faith and not for any dilatory purpose.

9. The Debtor believes that no party will be prejudiced by a continuance of the Hearings.

10. Undersigned counsel has contacted counsel for the Committee and the Firm and can aver to the Court that they agree to the continuance sought in this motion.

---

[1] The Committee members presently consist of: Lazaro Fernandez, Ross Toyne and Michael Saez.

11. A proposed order in substantially the same form as the proposed order attached hereto as **Exhibit "A"** is electronically uploaded via Case Management/Electronic Case Filing.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order (i) granting the instant motion; (ii) continuing the Hearing for a period of thirty (30) days; and (iii) granting such other and further relief as the Court may deem just and proper.

        **Respectfully submitted,**

        **SHRAIBERG, FERRARA & LANDAU, P.A.**
        Attorneys for the Debtor
        2385 NW Executive Center Drive, #300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email: bshraiberg@sfl-pa.com

        By: */s/ Bradley S. Shraiberg*
            Bradley S. Shraiberg
            Fla. Bar No. 121622
            Lenore M. Rosetto Parr
            Fla. Bar. No. 064448

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to those parties registered to receive electronic filings on this 7th day of October, 2015.

        **SHRAIBERG, FERRARA & LANDAU, P.A.**
        Attorneys for the Debtor
        2385 NW Executive Center Drive, #300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email: bshraiberg@sfl-pa.com

        By:   */s/ Bradley S. Shraiberg*
                Bradley S. Shraiberg
                Fla. Bar No. 121622
                Lenore M. Rosetto Parr
                Fla. Bar. No. 064448

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JADE WINDS ASSOCIATION, INC.             Chapter 11

    Debtor.                                      Case No.: 15-17570-RAM

_____/

**ORDER GRANTING *EX PARTE* MOTION TO CONTINUE OCTOBER 8th, 2015 EVIDENTIARY HEARING ON RHONDA HOLLANDER, P.A.'S FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL REAL ESTATE COUNSEL FOR JADE WINDS ASSOCIATION, INC. [ECF NO. 95] AND THE SUPPLEMENTAL SUMMARY THERETO [ECF NO. 125]; AND, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OBJECTION TO SAME [ECF NO. 127]**

      **THIS MATTER** came before the Court upon the *Ex Parte Motion to Continue Evidentiary Hearing On Rhonda Hollander, P.A.'s Final Application for Compensation and Reimbursement of Expenses as Special Real Estate Counsel for Jade Winds Association, Inc. [ECF No. 95] and the Supplemental summary thereto [ECF No. 125]; and, the Official Committee of Unsecured Creditors' Limited Objection to Same [ECF No. 127]* (the "**Motion**") [ECF No. ___], filed by Debtor-in-Possession, Jade Winds Association, Inc. (the "**Debtor**").

{1982/000/00305421}                       5

The Court having reviewed the Motion, learning that the Committee[2] and the Firm consent to the relief request, and being otherwise duly informed, hereby

**ORDERS** that:

1. The Motion is **GRANTED**.

2. The evidentiary hearing on the Fee Application and objection(s) thereto is continued to November __, 2015, at __:__ __.m. at the C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, Florida 33128.

### 

Submitted by:

Lenore M. Rosetto Parr
SHRAIBERG, FERRARA & LANDAU, P.A.
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

Lenore M. Rosetto Parr is directed to serve copies of this Order upon all interested parties and to file a certificate of service with this Court.

---

[2] All capitalized terms shall have the meaning ascribed to them in the motion, unless expressly indicated herein to the contrary.