UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JADE WINDS ASSOCIATION, INC.                    Chapter 11

    Debtor.                                                           Case No.: 15-17570-RAM
_____/

**OBJECTION TO THE DEBTOR'S USE OF THE SPECIAL ASSESSMENT FUND TO FUND THE PURCHASE OF ALL OF BANCO POPULAR'S RIGHT, TITLE AND INTEREST IN, TO AND UNDER THE LOAN AND ALL LOAN DOCUMENTS ENCUMBERING THE RECREATIONAL FACILITY**

**NOTICE TO ALL UNIT OWNERS AND ANY OTHER INTERESTED PARTY**

On April 7th, 2016, Jade Winds Association, Inc. (the "Debtor") filed the *Motion to Approve Purchase of all of Banco Popular's Right, Title and Interest in, to and Under the Loan and all Loan Documents Encumbering the Recreational Facility and to Approve the Funding of Said Purchase from the Special Assessment Fund not in the Ordinary Course of Business* (the "Motion") [ECF No. 504]. In sum, the Motion requests authority to purchase all of Banco Popular's right, title and interest in, to and under the loan and all loan documents on the recreational facility for the sum of $285,000. Additionally, the Motion requests approval to fund said purchase from funds in the Debtor's BB&T operating account no. 1091 that was funded by a special assessment that the unit owners each contributed $48.81 over a period of time for the common areas and individual buildings (the "Special Assessment Fund"). The Motion is currently scheduled for hearing on April 28, 2016.

Attached please find a proposed objection to the Debtor's use of the Special Assessment Fund to fund the aforementioned purchase. For the reasons set forth in the Motion, the Debtor believes that said purchase is in the best interest of the Debtor's estate, its creditors and other parties in interest since the purchase will significantly reduce the alleged prepetition claims against the Debtor. Specifically, the Lessor Stipulation (defined in the Motion) eliminates Jade Winds Tower, LLC's (the "Lessor") alleged prepetition claims against the Debtor that total in excess of $11.2 million and reduces the Lessor's potential alleged post-petition administrative claim rent claim from $223,467 to $22,500. Further, this purchase will maximize the value of the Debtor's common areas for the benefit of all unit owners since the Debtor will own the recreational facility (the "Tower"), instead of a third party. The Debtor will have the option to renovate the Tower to give unit owners the ability to enjoy the facility or demolish the Tower and use the land for another purpose. If the Debtor does not purchase the Tower, the Tower will likely

remain unoccupiable for the foreseeable future preventing any use of the facility.

With this said, any owner of a unit at Jade Winds Association, Inc. or any other interested party that opposes the use of the Special Assessment Fund for this purpose must file and serve this objection on the following persons prior to the hearing on the Motion:

>Jade Winds Association, Inc.
>c/o Shraiberg, Ferrara, Landau, & Page, P.A.
>2385 N.W. Executive Center Drive
>Suite 300
>Boca Raton, Florida 33431
>
>Clerk of Court, C. Clyde Atkins
>U.S. Courthouse
>301 North Miami Avenue
>Miami, Florida 33128

Any unit owner or other interested party who fails to file and serve a written response or objection within twenty-one (21) calendar days after the date of service stated in this objection shall be deemed to have consented to the Debtor's use of the Special Assessment Fund to purchase all of Banco Popular's right, title and interest in, to and under the loan and all loan documents on the recreational facility.

I, Harry Martin Bermudez, owner of A3-106 at Jade Winds Association, Inc., hereby object to the Debtor's use of the Special Assessment Fund to purchase all of Banco Popular's right, title and interest in, to and under the loan and all loan documents on the recreational facility.

Name: HARRY MARTIN BERMUDEZ

Address: 1670 NE 191 STREET #106 MIAMI, FL 33179

Telephone: 786-543-9656

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JADE WINDS ASSOCIATION, INC.                    Chapter 11

    Debtor.                                          Case No.: 15-17570-RAM
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the OBJECTION TO THE DEBTOR'S USE OF THE SPECIAL ASSESSMENT FUND TO FUND THE PURCHASE OF ALL OF BANCO POPULAR'S RIGHT, TITLE AND INTEREST IN, TO AND UNDER THE LOAN AND ALL LOAN DOCUMENTS ENCUMBERING THE RECREATIONAL FACILITY was delivered by USPS Certified Mail 7009 2250 0001 9828 3022 to:

    Jade Winds Association, Inc.
    c/o Shraiberg, Ferrara, Landau, & Page, P.A.
    2385 N.W. Executive Center Drive
    Suite 300
    Boca Raton, Florida 33431

on the 25th day of April 2016

*[signature]*

Harry Martin Bermudez
Unit Owner, Interested Party
1670 NE 191 Street #106
Miami, FL  33179
786.543.9656
hmarbermudez@gmail.com