

**ORDERED in the Southern District of Florida on May 1, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JADE WINDS ASSOCIATION, INC.                    Chapter 11

    Debtor.                                                         Case No.:  15-17570-RAM
_____/

### ORDER RULING ON CONSOLIDATED OBJECTION TO CLAIMS AS IT RELATES TO OLGA RASKIN AND THE RESPONSE THERETO

**THIS MATTER** came before the Court for hearing on April 28, 2016 upon Debtor-in-possession, Jade Winds Association, Inc.'s (the "**Debtor**") *16th Consolidated Objection to Schedule E Claims* (the "**Objection**") [ECF No. 256] and Olga Raskin and Svetlana Raskin's response to same relating to Unit 309, Building 1780 (the "**Response**") [ECF No. 422].  Having reviewed the Motion, the Response, and the *Order Granting Debtor-in-Possession's Motion to Correct Mistake in Claim Orders and Allow Certain Claims* [ECF No. 497] that provided that the Schedule E claim of Olga Raskin relating to Unit 309, Building 1780 is allowed as an unsecured priority claim in the amount of $2,000, hearing argument of counsel, and, the Court being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that:

1. The Objection as it relates to the claim of Olga Raskin is **DENIED** as moot.

### 

Submitted by:

Bradley S. Shraiberg
SHRAIBERG, FERRARA, LANDAU & PAGE, P.A.
Attorney for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

Attorney Shraiberg is directed to serve copies of this Order upon all interested parties and to file a certificate of service with this Court.