

**ORDERED in the Southern District of Florida on May 2, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JADE WINDS ASSOCIATION, INC.                Case No.: 15-17570-RAM

    Debtor.                                Chapter 11
_____/

### ORDER DENYING APPROVAL OF
### DISCLOSURE STATEMENT WITHOUT PREJUDICE

**THIS MATTER** came before the Court for hearing on April 28, 2016 to consider approval of the Disclosure Statement [ECF No. 265] filed by Jade Winds Association, Inc. (the "Debtor").

For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

    1.    Approval of the Disclosure Statement [ECF No. 265] is DENIED.

    2.    The Debtor shall file an Amended Disclosure Statement and Amended Plan on or before May 12, 2016. The Court will schedule a hearing on the approval of the Amended Disclosure Statement in compliance with the notice period detailed in Rule 2002. In the event

the Amended Plan has the consent of the Official Committee of Unsecured Creditors, the Court shall consider shortening the notice period to approve the Amended Disclosure Statement upon the filing of an *ex-parte* motion seeking such relief.

###

Submitted by:

Bradley S. Shraiberg
SHRAIBERG, FERRARA, LANDAU & PAGE, P.A.
Attorney for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

Attorney Shraiberg is directed to serve copies of this Order upon all interested parties and to file a certificate of service with this Court.