

**ORDERED in the Southern District of Florida on May 8, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JADE WINDS ASSOCIATION, INC.                         Case No.  15-17570-RAM

    Debtor.                                                                  Chapter 11
_____/

### ORDER GRANTING MOTION FOR APPROVAL OF STIPULATION FOR SETTLEMENT PURSUANT TO RULE 9019

**THIS MATTER** came before the Court for hearing on April 28, 2016 upon the *Debtor's Motion for Approval of Stipulation for Settlement with Jade Winds Tower, LLC* [ECF No. 503] (the "Motion") filed by Jade Winds Association, Inc. (the "Debtor").

For the reasons stated on the record, and being otherwise fully advised in the premises, the Court finds good cause to grant the relief requested in the Motion and to approve the Stipulation for Settlement attached thereto.  Accordingly, it is **ORDERED AND ADJUDGED** that:

    1.    The Motion [ECF No. 503] is GRANTED subject to the clarification set forth in Paragraph 2 below.

{1982/000/00327814}

2. The terms of the Stipulation for Settlement, as modified in the Paragraphs 15(a)(i) and (ii) of the Motion (the "Modifications"), are APPROVED with the following clarification: The Purchase Price[1] and all other amounts due to be paid from the Debtor under the Sale Agreement shall be funded via a loan from the Special Assessment Fund.

3. The Modifications are fully incorporated into the Stipulation for Settlement, and all parties to the Stipulation for Settlement are bound by such Modifications.

4. Subject to the clarification set forth in Paragraph 2 above, all terms and conditions of the Stipulation for Settlement, including the Modifications set forth in the Motion, are incorporated herein by reference and the parties are authorized and directed to comply in full with said terms and conditions.

5. The Court shall retain jurisdiction to interpret and enforce this Order and the Stipulation for Settlement.

###

Submitted by:

Eric Pendergraft, Esq.
SHRAIBERG, FERRARA, LANDAU & PAGE, P.A.
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email: ependergraft@sfl-pa.com

*Eric Pendergraft, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.*

---

[1] Unless otherwise set forth herein, all capitalized terms shall have the meaning ascribed to them in the Motion or in the Debtor's Motion to Approve Purchase of All of Banco Popular's Right, Title and Interest in, to and Under the Loan and All Loan Documents Encumbering the Recreational Facility and to Approve the Funding of Said Purchase from the Special Assessment Fund Not in the Ordinary Court of Business [ECF No. 504], as context dictates.

{1982/000/00327814}