# UNITED STATES BANKRUPTCY COURT
## SOUTHERNDISTRICT OF FLORIDA
## MIAMI DIVISION

In re:  CASE NO: 15-17570-RAM
CHAPTER 11

JADE WINDS ASSOCIATION, INC.,

    Debtor

_____/

### AGREED NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** of the substitution of Neisi I. Garcia Ramirez, Esq. of Brock & Scott, PLLC for Reka Beane, Esq. formally of Brock & Scott, PLLC, as attorney for HSBC Bank USA, National Association, as trustee for Deutsche Alt-A Securities Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2006-AR5 ("Secured Creditor") in this case. The Clerk is requested to remove Reka Beane, Esq. from the CM-ECF mailing matrix.

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Jade Winds Association, Inc., 1700 NE 191st Street, North Miami Beach, FL 33179; Bradley S Shraiberg, Esq., 2385 NW Executive Center Dr. #300, Boca Raton, FL 33431 Lenore M. Rosetto, Esq., 2385 NW Executive Ctr Dr # 300, Boca Raton, FL 33431; Kevin G Peters, Esq., 2699 Stirling Rd # C 207, Hollywood, FL 33312; Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 15th day of December, 2017.

    BROCK & SCOTT, PLLC
    Attorney for Secured Creditor
    1501 NW 49th Street, Suite200
    Ft. Lauderdale, FL 33309
    Phone: (954) 618-6955 Ext: 4706
    Fax: (954) 618-6954
    Floridabklegal@Brockandscott.com

    /s/ Neisi I. Garcia Ramirez
    _____
    NEISI I. GARCIA RAMIREZ, ESQUIRE
    Florida Bar No. 0091430

    /s/ Reka Beane
    _____
    REKA BEANE, ESQUIRE
    Florida Bar No.  52919

B&S File No. 15-F01526