**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                  Case No.: 15-17570-RAM

JADE WINDS ASSOCIATION, INC.,                     Chapter 11

        Debtor.
_____/

**LIMITED OBJECTION TO REORGANIZED DEBTOR'S**
**MOTION TO ADMINISTRATIVELY CLOSE BANKRUTPCY CASE**

    FIRSTSERVICE RESIDENTIAL FLORIDA, INC. ("FirstService") files this limited objection ("Objection") to Reorganized Debtor Jade Winds Association, Inc.'s ("Jade Winds") *Motion to Administratively Close Main Bankruptcy Case* [ECF No. 867] ("Request for Final Decree"), and states:

    1.    A final decree pursuant to Rule 3022, Federal Rules of Bankruptcy Procedure, generally ends the Court's jurisdiction over a bankruptcy case and related adversary proceedings.

    2.    First Service objects to the Request for Final Decree to the extent that it would impact upon the Court's subject matter jurisdiction to rule and enforce the rulings made in connection with Adversary Proceeding No. 17-01393. FirstService seeks to avoid any issue concerning this Courts subject matter jurisdiction over Adversary Proceeding No. 17-01393, which Jade Winds could raise at any time and which cannot be conferred by consent of the parties.

    3.    To the extent that Jade Winds seeks to avoid payment of quarterly fees under 28 U.S.C. § 1930(a)(6), perhaps the Court could suspend the fee requirements.

WHEREFORE, FirstService respectfully requests that the Court sustain its Objection to the Request for Final Decree and grant any other relief the Court deems just and proper under the circumstances.

Dated: November 6, 2018.

Respectfully submitted,

*/s/Kristopher E. Pearson*
Kristopher E. Pearson
Florida Bar No. 0016874
kpearson@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3200
Facsimile:    (305) 789-2688

*Counsel for FirstService*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document is being filed electronically on November 6, 2018, via the Court's CM/ECF website. I further certify that the document is being served by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those counsel or parties who are registered to receive NEF in this case.

    /s/ *Kristopher E. Pearson*
    KRISTOPHER E. PEARSON

<u>**Service List**</u>

**(Case No. 15-17570-RAM)**

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case are served by Notice of Electronic Filing:

Renee J Adwar on behalf of Creditor 110 Key LLC
radwarpa@reneeadwarpa.com

Eyal Berger, Esq. on behalf of Creditor Committee Official Committe of Unsecured Creditors of Jade Winds Association, Inc.
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Daniel F Blonsky, Esq on behalf of Plaintiff Jade Winds Association, Inc.
dblonsky@coffeyburlington.com, groque@coffeyburlington.com;service@coffeyburlington.com

Ileana Cruz on behalf of Creditor Miami-Dade County
cao.bkc@miamidade.gov

Joshua W Dobin on behalf of Creditor Jade Winds Tower, L.L.C.
jdobin@melandrussin.com,
ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jdobin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Andrew Douglas on behalf of Creditor AMERICUS CONSTRUCTION GROUP, INC.
andrew@douglasfirm.com

Melbalynn Fisher on behalf of Creditor Federal National Mortgage Association
bkyecf@rasflaw.com, FLBKECF@mccalla.com

Neisi I Garcia Ramirez on behalf of Creditor HSBC Bank USA, National Association, as trustee for Deutsche Alt-A Securities Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2006-AR5
FloridaBKLegal@brockandscott.com,
FLBKECF@brockandscott.com;WBECF@brockandscott.com

Teresa M Hair on behalf of Creditor CitiFinancial Services, LLC
FloridaBKLegal@brockandscott.com,
FLBKECF@brockandscott.com;WBECF@brockandscott.com

Andrew R Herron on behalf of Interested Party FNS5, LLC
aherron@herronortiz.com, ndrubin@herronortiz.com;pcabrera@herronortiz.com

Rhonda Hollander on behalf of Special Counsel Rhonda Hollander
rhonda@rhpalegal.com, contact@rhpalegal.com

Phillip M. Hudson III on behalf of Creditor Connections Elevators LLC
phil.hudson@saul.com, aida.mclaughlin@saul.com;hilda.piloto@saul.com;carmen.contreras-martinez@saul.com

Paul K Kim on behalf of Creditor Miriam Joel
paul@condo-laws.com, contact@condo-laws.com

Justin E King on behalf of Plaintiff Jade Winds Association, Inc.
jking@coffeyburlington.com, YVB@CoffeyBurlington.com

Amy M Kiser on behalf of Creditor AMERICAN SERVICE INDUSTRY
bankruptcy@gilbertgrouplaw.com

Catherine Douglas Kretzschmar on behalf of Creditor Committee Official Committe of Unsecured Creditors of Jade Winds Association, Inc.
catherine.kretzschmar@akerman.com, jeanette.martinez@akerman.com

Wanda D Murray on behalf of Creditor Bayview Loan Servicing, LLC, CitiFinancial Servicing, LLC, Nationstar Mortgage, LLC
ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com

Austin M Noel on behalf of Creditor The Bank of New York Mellon
austin.noel@mccalla.com, flbkecf@mccalla.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Leslie S. Osborne, Esq. on behalf of Other Professional Les Osborne
office@rorlawfirm.com, 4275819420@filings.docketbird.com

Kristopher E Pearson on behalf of Creditor FirstService Residential Florida, Inc.
kpearson@stearnsweaver.com,
rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com

Eric S Pendergraft on behalf of Debtor Jade Winds Association, Inc.
ependergraft@slp.law,
dwoodall@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law

Kevin G Peters on behalf of Debtor Jade Winds Association, Inc.
kevin@petersandpeterspa.com

Barbara L Phillips on behalf of Creditor MCorp Security Associates, Inc.

bphillipspa@bellsouth.net, bplegal@bellsouth.net;L.BR76644@notify.bestcase.com

Steven G. Powrozek, Esq. on behalf of Creditor JPMorgan Chase Bank, National Association
spowrozek@logs.com, electronicbankruptcynotices@logs.com

Lenore M Rosetto on behalf of Debtor Jade Winds Association, Inc.
lrosettoparr@sfl-pa.com

Christopher P Salamone on behalf of Creditor Federal National Mortgage Association
csalamone@rasflaw.com, csalamone@rasflaw.com

Tennille M. Shipwash, Esq. on behalf of Creditor Jade Winds Association Inc
tshipwash@mygwlaw.com, tsantiago@lovegwlaw.com

Bradley S Shraiberg on behalf of Debtor Jade Winds Association, Inc.
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;ematteo@slp.law;cdraper@slp.law

Ross B Toyne on behalf of Creditor Toyne, Schimmel & Alonso, P.A.
Ross@PassengerLaw.com, PrimaryService@PassengerLaw.com

Barry Seth Turner, Esq. on behalf of Creditor Plus International Bank
bturner@joneswalker.com, mvelapoldi@joneswalker.com

Karene L Tygenhof on behalf of Creditor Tax Lien Investment Fund, LLC
Karene.tygenhof@kellerlandsberg.com, rita.vanarsdale@kellerlandsberg.com

Damian G Waldman on behalf of Creditor K & K Assets, LLC
damian@dwaldmanlaw.com, shannon@dwaldmanlaw.com,bankruptcy@dwaldmanlaw.com