

ORDERED in the Southern District of Florida on November 15, 2018.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JADE WINDS ASSOCIATION, INC.   Chapter 11

    Debtor.   Case No.: 15-17570-RAM
_____/

### ORDER DENYING MOTION TO ADMINISTRATIVELY CLOSING CASE

**THIS MATTER** came before the Court for hearing on November 8, 2018 upon the *Motion to Administratively Close Main Bankruptcy Case* [ECF No. 867] (the "Motion") filed by Reorganized Debtor Jade Winds Association, Inc. ("Jade Winds").

At the hearing, creditor Miriam Joel appeared through counsel and stated that she would soon be filing a motion to enforce the terms of a settlement agreement between Jade Winds and Ms. Joel which the Court had previously approved and reserved jurisdiction to enforce. *See* ECF Nos. 740 and 782.

For the foregoing reason, for the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

{1982/000/00364123}

1. The Motion [ECF No. 867] is DENIED without prejudice.

2. Once there are no contested matters pending in the above-captioned main bankruptcy case, and upon the approval of the United States Trustee and FirstService Residential Florida, Inc., Jade Winds may: (a) file a motion seeking relief similar to that sought in the Motion on an agreed *ex parte* basis; and (b) submit a proposed order granting the same.

###

Submitted by:

Eric Pendergraft, Esq.
SHRAIBERG, LANDAU & PAGE, P.A.
Attorneys for Jade Winds
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email: ependergraft@slp.law

*Eric Pendergraft, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court*

{1982/000/00364123}