

**ORDERED in the Southern District of Florida on July 17, 2019.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| In re: | CASE NO.  15-17570-RAM |
|  | CHAPTER  11 |
| JADE WINDS ASSOCIATION, INC., |  |
|  |  |
| Debtor. |  |

**ORDER SETTING HEARING
ON MOTION TO DISBURSE UNCLAIMED FUNDS**

Upon review of the Debtor's Motion to Approve: (I) Disbursement of Unclaimed Funds and (II) Final Payment and Discharge of Plan Administrator (the "Motion to Disburse Unclaimed Funds") [DE# 880], it is –

**ORDERED** as follows:

1. The Court will conduct a hearing on the Motion to Disburse Unclaimed Funds on **August 8, 2019** at **10:30 a.m.**, at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL  33128.

2. Counsel for the Reorganized Debtor shall serve a copy of this Order, together with a copy of the Motion to Disburse Unclaimed Funds, on all of the claimants listed in the Motion.

###

COPIES TO:

Eric Pendergraft, Esq.
AUST

**(Attorney Pendergraft is directed to serve a copy of this Order a required by paragraph 2 of this Order)**