ORDERED in the Southern District of Florida on July 31, 2019



Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

**In re:**

**Jade Winds Association, Inc.**  Case No.: 15-bk-17570-RAM
 Chapter 11
**Debtor.**
_____/

## AGREED *ORDER GRANTING* CREDITOR'S AGREED *EX PARTE* MOTION TO CONTINUE HEARING ON MOTION OF MIRIAM JOEL FOR ENFORCING STIPULATION FOR SETTLEMENT AND SANCTIONS

**THIS MATTER** came before the Court upon the *Agreed Ex Parte Motion to Continue Hearing on Motion for Enforcing Stipulation for Settlement and Sanctions* (the "**Agreed Motion**") [ECF No. 887], filed by Creditor, Miriam Joel (the "**Creditor**"). The Court having review the Agreed Motion and being otherwise duly informed, hereby ORDERS that:

1. The Agreed Motion is **GRANTED**.

2. The hearing on the Motion the *Motion for Enforcing Stipulation for Settlement and Sanctions* [ECF No. 885] is continued to September 19, 2019 at 11:00 a.m, at the C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, Florida 33128.

###

**Order submitted by:**

Pennie S.A. Mays, Esq.
Attorney for Miriam Joel
**GLAZER & SACHS, P.A.**
4767 New Broad Street
Orlando, Florida 32814
T: (407) 515-1060
Email: Pennie@condo-laws.com
Email: contacts@condo-laws.com

Attorney Mays is directed to serve copies of this order on all interested parties of record and file a certificate of service.