

**ORDERED in the Southern District of Florida on August 16, 2019.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Jade Winds Association, Inc.,   Case No.  15-17570-RAM

    Debtor.   Chapter 11

_____/

**ORDER GRANTING AMENDED MOTION TO
APPROVE DISBURSEMENT OF UNCLAIMED FUNDS**

THIS MATTER came before the Court for hearing on August 8, 2019 upon the *Amended Motion to Approve: (I) Disbursement of Unclaimed Funds and (II) Final Payment and Discharge of Plan Administrator* [ECF No. 883] (the "Motion") filed by Jade Winds Association, Inc. (the "Reorganized Debtor").  For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

    1.    Motion [ECF No. 883] is GRANTED.

    2.    Once the Debtor communicates the current address of Class 14 claimant Victoria

Orlova to him, Plan Administrator Leslie Osborne, Esq. shall disburse the $2,064.66 payable under the Debtor's confirmed plan of reorganization to Victoria Orlova.

3. The Plan Administrator shall disburse the remaining Unclaimed Funds[1] totaling $38,693.67 to the Debtor.

4. Upon the Plan Administrator's compliance with Paragraphs 2 and 3 of this Order, the Plan Administrator shall be discharged from: (a) all further liability to the holders of claims to the Unclaimed Funds; and (b) all further responsibility in this case.

5. Upon the Debtor and the Plan Administrator's respective compliance with their respective duties under Paragraphs 2 and 3 of this Order, and the payment of $2,064.66 to Ms. Orlova, the Debtor shall be discharged from all further liability to the holders of the Unclaimed Funds.

6. Notwithstanding the foregoing, nothing in this Order shall be deemed to prevent the Debtor's payment of the applicable Unclaimed Funds to holders of claims to the Unclaimed Funds should such claimants be located or come forward in the future, and the Debtor is authorized and encouraged, but not commanded, to make such payments.

# # #

Submitted by:

Eric Pendergraft
Counsel for the Debtor
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047
Email: ependergraft@slp.law

Copy to: Eric Pendergraft, who is directed to serve a copy of this Order upon all interested parties.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.