

**ORDERED in the Southern District of Florida on October 25, 2019.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

|  |  |
|---|---|
| In re: | CASE NO.  15-17570-BKC-RAM |
|  | CHAPTER   11 |
| JADE WINDS ASSOCIATION, INC., |  |
| Debtor. |  |

**ORDER ABSTAINING AND DENYING WITHOUT PREJUDICE**
**MIRIAM JOEL'S MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT**

The Court conducted a further hearing on October 24, 2019, on Miriam Joel's Amended Motion for an Order Enforcing Stipulation for Settlement and Sanctions (the "Motion") [DE #885]. For the reasons stated more fully on the record at the October 24th hearing, the Court finds cause to abstain from hearing this matter and therefore, to deny the Motion without prejudice.

1

This chapter 11 case has been fully administered and is ready to close. Therefore, it is questionable whether the Court even has subject matter jurisdiction over the Motion. Even if jurisdiction exists, abstention is appropriate. Unless settled, the issues raised in the Motion will not be resolved quickly. To keep this estate open to litigate what is essentially a breach of contract dispute makes no sense. Therefore, it is –

**ORDERED** as follows:

1. The Court abstains from adjudicating the Motion.

2. The Motion is denied without prejudice to movant pursuing her claims in another court.

###

COPIES TO:

Bradley Shraiberg, Esq.
Kevin Peters, Esq.
Pennie Mays, Esq.