UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                        }        CASE NUMBER:        15-17570-RAM
JADE WINDS ASSOCIATION, INC.                  }
                                              }
    DEBTOR.                                   }        JUDGE    ROBERT A. MARK
                                              }
                                              }        CHAPTER 11

DEBTOR'S POST-CONFIRMATION
QUARTERLY OPERATING REPORT
FOR THE PERIOD
FROM    July 1, 2019    TO    September 30, 2019

    Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  11/1/2019                                                /s/ Eric Pendergraft
                                                                 Attorney for Debtor

Debtor's Address                                                 Attorney's Address
                                                                 Shraiberg, Landau & Page, P.A.
1700 NE 191st Street                                             2385 NW Executive Center Dr., Ste 300
North Miami Beach, FL 33179                                      Boca Raton, FL 33431

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:    http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

### QUESTIONNAIRE

| | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

### INSURANCE INFORMATION

| | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

### CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| Flood (Wright) | 10/15/18-10/14/19 | Total $100,023.22 monthly for all | 0 |
| D&O (RSUI Indemnity) | 8/25/19-8/24/20 | | |
| General (Axis Surplus) | 8/25/19-8/24/20 | | |
| Crime (Philadelphia) | 8/25/19-8/24/20 | | |
| Property (American Coastal/Scottsdale) | 8/25/19-8/24/20 | | |
| Umbrella (Allied World) | 8/25/19-8/24/20 | | |
| Workers Comp | 8/25/19-8/24/20 | | |
| General Liability Golf Cart | 8/25/19-8/24/20 | | |
| Liability (Atlantic Mutual Legal) | 8/25/19-8/24/20 | | |
| DIC (Lloyds of London) | 8/25/19-8/24/20 | | |
| B&M (Travelers) | 8/25/19-8/24/20 | | |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Application for Final Decree: _____

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 31 day of October 2019.

Debtor's Signature

**MONTHLY OPERATING REPORT -**                                                           **ATTACHMENT NO. 2**
**POST CONFIRMATION**

# CHAPTER 11 POST-CONFIRMATION
# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Case Name:** Jade Winds Association, Inc.

**Case Number:** 15-17570-RAM

**Date of Plan Confirmation: August 18, 2016**

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 3,448,141.56 | $ 1,045,203.92 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 2,602,783.24 | $ 23,431,271.47 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 12,858.00 | $ 135,847.00 |
| (ii) | Federal Taxes | | |
| (iii) | State Taxes | | |
| (iv) | Other Taxes | | |
| b. | **All Other Operating Expenses:** | $ 1,340,083.33 | $ 17,721,057.61 |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ 0.00 | $ 396,205.91 |
| (ii) | Class One | 0.00 | 2,123.08 |
| (iii) | Class Two | 0.00 | 170.24 |
| (iv) | Class Three | 0.00 | 173.84 |
| (v) | Class Four | 0.00 | 161.77 |
| (vi) | Class Six | 0.00 | 184.48 |
| (vii) | Class Seven | 0.00 | 710.88 |
| (viii) | Class Nine | 0.00 | 516.42 |
| (ix) | Class 9.5 | 0.00 | 15,000.00 |
| (x) | Class Eleven | 0.00 | 1,249.46 |
| (xi) | Class Twelve | 0.00 | 4,386.22 |
| (xii) | Class Fourteen | 0.00 | 20,298.40 |
| (xiii) | Class 15A | 0.00 | 216,300.00 |
| (xiiv) | Class 15B | 0.00 | 186,475.04 |
| (xv) | Unclassified | 0.00 | 561.28 |
| (xvi) | Early Pay off of plan payments | 0.00 | 1,077,070.29 |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 1,352,941.33 | $ 19,778,491.92 |
| 1. | **CASH (End of Period)** | $ 4,697,983.47 | $ 4,697,983.47 |