

**ORDERED in the Southern District of Florida on February 11, 2020.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JADE WINDS ASSOCIATION, INC.　　　　　　　Chapter 11

　　Debtor.　　　　　　　　　　　　　　　　Case No.: 15-17570-RAM

_____/

### ORDER GRANTING EX PARTE MOTION TO RESTRICT PUBLIC ACCESS

**THIS MATTER** came before the Court upon the *Ex Parte Motion to Restrict Public Access to Unredacted Document* [ECF No. 909] (the "Motion") filed by Jade Winds Association, Inc. Upon review of the Motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that:

1. The Motion [ECF No. 909] is GRANTED.

2. The Clerk shall restrict public access to the document located at ECF No. 901.

### 

{1982/000/00490692}

Submitted by:

Eric Pendergraft, Esq.
SHRAIBERG, LANDAU & PAGE, P.A.
Attorneys for the Reorganized Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email: ependergraft@slp.law

*Eric Pendergraft, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court*

{1982/000/00490692}